

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00290-CV

_____

IN THE INTEREST OF A.M. AND M.M., CHILDREN

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-596726-16

---

Before Sudderth, C.J.; Kerr and Pittman, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

On September 14, 2018, Appellant B.M. (Father) filed a notice of his intent to appeal the trial court's termination of his parental rights to A.M. and M.M. Prior to the termination of his parental rights, Father was convicted of continuing sexual abuse of A.M., and he is currently incarcerated. By letter dated October 1, 2018, and addressed to Father's address at the Clements Unit in Amarillo (as listed in his notice of appeal), we notified Father that he had not paid the filing fee required by appellate procedure rule 5. Tex. R. App. P. 5. We cautioned that if the fee was not paid by October 11, 2018, we would dismiss the case. Tex. R. App. P. 42.3(c).

The October 1 letter was returned to this court with a notation that Father had been transferred from the Clements Unit pursuant to a bench warrant; this court subsequently determined that Father was being held in the Tarrant County Jail. The notice was forwarded to Father at the Tarrant County Jail on October 15, 2018. As of today's date, Father has not paid the filing fee.

We therefore dismiss this appeal. Tex. R. App. P. 42.3(c).[1]

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: November 21, 2018

---

[1]On October 22, 2018, Father filed a "Request for Deadline Extension" in which he asserted that he had not received notice of the trial court's judgment and therefore was entitled to an extension of any appellate deadlines running from the date of the signing of the judgment. *See* Tex. R. App. P. 4.2. Father is mistaken, as he attached the judgment to the notice of appeal that he filed on September 14, 2018. We therefore deny his request for a rule 4.2 extension.